law, and the practice of this state points out what it is. It has been followed in this case, and we are required by the practice act of 1872 [17 Stat. 196] to sustain it. Bank v. Labitut [Case No. 842].

## Case No. 4,713a.

### In re FEDERHEN.

## Case No. 4,714.

### In re FEELY.

[3 N. B. R. 66 (Quarto, 15);[1] 15 Pittsb. Leg. J. (O. S.) 291.]

District Court, W. D. Pennsylvania. March 21, 1868.

---

[1] [Reprinted from 3 N. B. R. 66 (Quarto, 15), by permission.]